# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

Plaintiff,

vs.

Marco Antonio Huirache Garcia (1),

Defendant.

Case No. 26-cr-2681-BJC

JUDGMENT OF DISMISSAL

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

☐ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

☐ the Court has dismissed the case for unnecessary delay; or

☒ the Court has granted the motion of the Government for dismissal, without prejudice; or

☐ the Court has granted the motion of the defendant for a judgment of acquittal; or

☐ a jury has been waived, and the Court has found the defendant not guilty; or

☐ the jury has returned its verdict, finding the defendant not guilty;

☒ of the offense(s) as charged in the Indictment:

21:841(a)(1), 841(b)(1)(A), 846; 21:853, 18:982 - Conspiracy to Distribute Methamphetamine and Fentanyl; Criminal Forfeiture (1); 21:841(a)(1), 841(b)(1)(A); 21:853, 18:982 - Distribution of Methamphetamine; Criminal Forfeiture (2);

21:841(a)(1), 841(b)(1)(A), 18:2; 21:853, 18:982 - Possession with Intent to Distribute Methamphetamine, Aiding and Abetting; Criminal Forfeiture (4)

21:841(a)(1), 841(b)(1)(A), 18:2; 21:853, 18:982 - Possession with Intent to Distribute Fentanyl, Aiding and Abetting; Criminal Forfeiture(5)

Dated: 11/5/2026

Hon. Benjamin J. Cheeks
United States District Judge